AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 28, 2026
SEAN F. MCAVOY, CLERK

ANA P.
*Plaintiff*
v.
FRANK BISIGNANO,
Commissioner of Social Security
*Defendant*

Civil Action No. 4:25-CV-5094-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Having reviewed the record and the ALJ's findings, the Court concludes the ALJ's decision is supported by substantial evidence and is not based on legal error. Defendant's request to affirm, ECF No. 11, is GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 9, is DENIED.
Judgment in favor of Defendant.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge JAMES A. GOEKE

Date: 9/28/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*